UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEIANN HAWLEY,

    Plaintiff,

vs.
                                              Case No. 10-cv-12122
                                              HON. GEORGE CARAM STEEH

CENTER FOR FAMILY HEALTH,

    Defendant.

_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

On June 2, 2010, this court entered an order to show cause why this action should not be dismissed for lack of federal subject matter jurisdiction. Dkt. No. 3. In the court's June 2, 2010 order, the court indicated that plaintiff's complaint fails to allege that the matter in controversy exceeds the sum or value of $75,000.00 as required by 28 U.S.C. § 1332(a).

On June 16, 2010, plaintiff filed a response to this court's show cause order. Plaintiff's response fails to advise the court that this controversy does in fact equal a sum greater than $75,000.00. The absence of allegations that the matter exceeds a value of $75,000.00 requires that this court dismiss this action for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between–[][c]itizens of different States[.]")

Accordingly,

This matter is dismissed without prejudice.

SO ORDERED.

Dated: June 29, 2010

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 29, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk