UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEIANN HAWLEY,

        Plaintiff(s),

Case No. 10-12122

vs.

HON. GEORGE CARAM STEEH

CENTER FOR FAMILY HEALTH,

        Defendant(s).

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On today's date the attorneys of record advised the court that a settlement has been reached;

This case hereby is DISMISSED WITHOUT PREJUDICE. The court retains jurisdiction to enforce the settlement and this case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
October 6, 2011 by electronic mail.

s/Marcia Beauchemin
Deputy Clerk